# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3348
_____

JIMMIE CASEN,

Appellant,

v.

WESTSIDE TRUCK N AUTO
SELLER, ZACK,

Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

February 20, 2019


PER CURIAM.

AFFIRMED.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jimmie Casen, pro se, Appellant.

No appearance for Appellee.